IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-CR-00204 |
| v. | (Chief Judge Brann) |
| HUNTER RYAN ANDERSON, | |
| Defendant. | |

### ORDER

APRIL 26, 2023

In accordance with the accompanying Memorandum Opinion,[1] **IT IS HEREBY ORDERED** that Defendant Hunter Anderson's motion to exclude DNA identification evidence and testimony (Doc. 28) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] The Memorandum Opinion has been filed under seal. The parties are directed to provide the Court with proposed redactions, together with the reason for each redaction, by May 4, 2023. The Court will then determine whether to accept the proposed redactions and will unseal the opinion in an appropriate form. Proposed redactions are to be filed with the Clerk's Office under seal. *See United States v. McCormack*, No. 21-3354, Doc. 42 (3d Cir. Feb. 8, 2023).